Julie N. Nong (SBN 208013)
NT Law
2600 W. Olive Ave., 5th Fl., #647
Burbank, CA 91505
Tel: (888) 588-0428
Fax: (888) 588-0427
Email: julienong@ntlawgroup.com

Attorneys for Plaintiffs Anna Kihagi, Xelan Prop 1, LLC, Renka Prop, LLC, and Zoriall LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA KIHAGI, an individual, XELAN PROP 1, LLC, a California limited liability company, RENKA PROP, LLC, a California limited liability company, and ZORIALL LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SAN FRANCISCO, CALIFORNIA, a California public facilities corporation; VICTORIA L. WEATHERFORD, a natural person; MICHAEL WEISS, a natural person, TONY PELEA, a natural person; MARICIO HERNANDDEA, a natural person and DOES 1-30, inclusive,<br><br>　　　　Defendants. | CASE No. 15-cv-01168 KAW<br><br>**STIPULATION TO CONTINUE HEARING DATES RE:**<br><br>　1. **City's Motion to Stay**<br>　2. **Initial Case Management Conference**<br><br>Complaint filed: March 12, 2015<br>Trial Date: None |

THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

WHEREAS on May 18, 2015, plaintiffs filed their first amended complaint in

1

STIPULATION

this matter in the United States District Court for the Northern District of California;

WHEREAS on June 30, 2015, the City filed a motion to stay proceeding with a hearing date of August 6, 2015; responses and replies due on July 14, 2015 and July 21, 2015, respectively;

WHEREAS an initial case management conference is currently set for August 11, 2015;

WHEREAS counsel for the plaintiffs will be out of the country and therefore not available from July 27, 2015 to August 10, 2015;

WHEREAS in the interest of judicial economy and efficiency,

NOW THEREFORE the parties stipulate as follows:

1. The hearing on the City's motion to stay proceeding set for August 6, 2015 shall be continued to September 3, 2015 at 11:00 a.m., responses shall be due on August 13, 2015; and replies shall be due on August 20, 2015.

2. Pending the motion to stay, the parties request that the initial case management conference be continued from August 11, 2015 to September 22, 2015. The parties agree to stay discovery and all other activities in this matter pending the resolution of the motion to stay.

SO STIPULATED.

Dated:  July 8, 2015                    NT Law
                                        /s/Julie Nong

                                        By:_____
                                        JULIE N. NONG
                                        Attorneys for Plaintiffs

Dated: July 8, 2015
DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

/s/ Margaret Baumgartner

By:_____
MARGARET W. BAUMGARTNER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER ON STIPULATION

Based on the foregoing Stipulation by and between Plaintiffs and Defendant, IT IS HEREBY ORDERED that:

1. The hearing on the City's motion to stay proceeding set for August 6, 2015 shall be continued to September 17, 2015 at 11:00 a.m., in Courtroom 4, 3rd Fl., Oakland; responses shall be due on August 13, 2015; and replies shall be due on August 20, 2015.

2. The initial case management conference shall be continued from August 11, 2015 to October 20, 2015 at 1:30 p.m., in Courtroom 4, 3rd Fl., Oakland.

**IT IS SO ORDERED.**

Dated: 07/17/15

*Kandis Westmore*
Kandis A. Westmore
United States Magistrate Judge