Julie N. Nong (SBN 208013)
NT Law
2600 W. Olive Ave., 5th Fl., #647
Burbank, CA 91505
Tel: (888) 588-0428
Fax: (888) 588-0427
Email: julienong@ntlawgroup.com

Attorneys for Plaintiffs Anna Kihagi, Xelan Prop 1, LLC,
Renka Prop, LLC, and Zoriall LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA KIHAGI, an individual, XELAN PROP 1, LLC, a California limited liability company, RENKA PROP, LLC, a California limited liability company, and ZORIALL LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SAN FRANCISCO, CALIFORNIA, a California public facilities corporation; VICTORIA L. WEATHERFORD, a natural person; MICHAEL WEISS, a natural person, TONY PELEA, a natural person; MARICIO HERNANDDEA, a natural person and DOES 1-30, inclusive,<br><br>　　　　Defendants. | CASE No. 15-cv-01168 KAW<br><br>**STIPULATION TO EXTEND DUE DATE FOR OPPOSITION TO MOTION FOR ABSTENTION UNTIL AUGUST 17, 20015 AND TO EXTEND DATE FOR CITY'S REPLY UNTIL AUGUST 24, 2015**<br><br>**Hearing Date: 9/17/2015**<br>**Time: 11:00 am**<br>**Place: 1301 Clay, 3rd Floor, Oakland**<br><br>**Complaint Filed: March 12, 2015**<br>**Trial Date: None set** |

1

STIPULATION

THE PARTIES BY AND THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:

Plaintiffs and the defendants hereby agree and stipulate subject to Court's approval that the due date plaintiffs' opposition to the defendants' Motion for Abstention Pending Resolution of State Court Proceeding shall be extended from August 13, 2015 until **August 17, 2015** and further that the due date for defendants' reply to the opposition to the Motion shall be extended from August 20, 2015 until **August 24, 2015**.

SO STIPULATED.

Dated: August 13, 2015                NT Law

/s/Julie Nong

By:_____
JULIE N. NONG
Attorneys for Plaintiffs

Dated: August 13, 2015                DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

/s/ Margaret Baumgartner

By:_____
MARGARET W. BAUMGARTNER
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER ON STIPULATION

Based on the foregoing Stipulation by and between Plaintiffs and Defendant, IT IS HEREBY ORDERED that:

1. The due date for Plaintiffs' opposition to the Defendants' motion for abstention is extended from August 13, 2015 until August 17, 2015. The due date for the defendants' reply to the opposition is extended from August 20, 2015 until August 24, 2015. The hearing date remains as previously scheduled.

**IT IS SO ORDERED.**

Dated: August ~~13~~ 14, 2015

_____
Kandis Westmore
United States ~~District Court~~ Magistrate Judge