DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-3837
E-Mail:          margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA KIHAGI, an individual, XELAN PROP 1, LLC, a California limited liability company; RENKA PROP, LLC, a California limited liability company; and ZORIALL LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO, CALIFORNIA, a California public facilities corporation; VICTORIA L. WEATHERFORD; a natural person; MICHAEL WEISS; a natural person; TONY PELEA, a natural person; MARICIO HERNANDEZ, a natural person and DOES I-30, inclusive,<br><br>    Defendants. | Case No. 15-cv-01168 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:   June 28, 2016<br>Time:                 1:30 p.m.<br>Place:                Oakland Courthouse<br>                         1301 Clay Street<br>                         Oakland, CA 94612<br><br>Trial Date:         Not set. |

The Case Management Conference is currently scheduled for Tuesday, June 28, 2016 at 1:30 p.m. The parties request a continuance of the Case Management Conference for 90 days, subject to the Court's availability. There is good cause for such a continuance for the following reasons:

1. The Court issued a stay of this matter due to a state court proceeding. The state court proceeding remains ongoing. It has a trial date of October 17, 2016.

2. Neither party believes that a case management conference would be useful at this stage.

3. There are no other dates in this matter that will be affected by a continuation of the case management conference.

Accordingly, the parties request that this Court continue the case management conference for 90 days, subject to the Court's availability.

Dated: June 22, 2016

        DENNIS J. HERRERA
        City Attorney
        CHERYL ADAMS
        Chief Trial Deputy
        MARGARET W. BAUMGARTNER
        Deputy City Attorney

By: */s/ Margaret W. Baumgartner*
     MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: June 22, 2016

NT Law

By: */s/ Julie N. Nong*
     JULIE N. NONG

Attorneys for Plaintiff
ANNA KIHAGI

**[~~PROPOSED~~] ORDER**

The Case Management Conference currently set for June 28, 2016 is continued to Tuesday  September 27   , 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated:

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE