DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-3837
E-Mail:       margaret.baumgartner@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA KIHAGI, an individual, XELAN PROP 1, LLC, a California limited liability company; RENKA PROP, LLC, a California limited liability company; and ZORIALL LLC, a California limited liability company,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>CITY OF SAN FRANCISCO, CALIFORNIA, a California public facilities corporation; VICTORIA L. WEATHERFORD; a natural person; MICHAEL WEISS; a natural person; TONY PELEA, a natural person; MARICIO HERNANDEZ, a natural person and DOES I-30, inclusive,<br><br>　　　Defendants. | Case No. 15-cv-01168 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:   March 7, 2017<br>Time:           1:30 p.m.<br>Place:          Oakland Courthouse<br>                1301 Clay Street<br>                Oakland, CA 94612<br><br>Trial Date:     Not set. |

　　　The Case Management Conference is currently scheduled for Tuesday, March 7, 2017 at 1:30

p.m. The parties request a continuance of the Case Management Conference for 120 days, subject to

the Court's availability. There is good cause for such a continuance for the following reasons:

1. The Court issued a stay of this matter due to a state court proceeding. The state court proceeding remains ongoing. Although the presentation of evidence at the trial has concluded, this is a court trial and the court has not yet ruled. The parties have a deadline of March 13, 2017 to submit proposed statements of decision, and by statute the court has 90 days in which to rule following that submission.

2. Neither party believes that a case management conference would be useful at this stage.

3. There are no other dates in this matter that will be affected by a continuation of the case management conference.

Accordingly, the parties request that this Court continue the case management conference for 120 days, subject to the Court's availability.

Dated: March 2, 2017

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney


By: /s/ Margaret W. Baumgartner
MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO


Dated: March 2, 2017

NT Law


By: /s/ Julie N. Nong
JULIE N. NONG

Attorneys for Plaintiff
ANNA KIHAGI

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Case Management Conference currently set for March 7, 2017 is continued to Tuesday |
| 3 | ____July 11_____, 2017 at 1:30 p.m. |
| 4 | IT IS SO ORDERED. |
| 6 | Dated: 3/3/17 |
| 7 | _____ |
|   | HONORABLE KANDIS A. WESTMORE |
| 8 | UNITED STATES MAGISTRATE JUDGE |