| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
| | Chief Trial Deputy |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
| | Deputy City Attorney |
| 4 | Fox Plaza |
| | 1390 Market Street, 6th Floor |
| 5 | San Francisco, California 94102-5408 |
| | Telephone: (415) 554-3859 |
| 6 | Facsimile: (415) 554-3837 |
| | E-Mail: margaret.baumgartner@sfgov.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA KIHAGI, an individual, XELAN PROP 1, LLC, a California limited liability company; RENKA PROP, LLC, a California limited liability company; and ZORIALL LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, CALIFORNIA, a California public facilities corporation; VICTORIA L. WEATHERFORD; a natural person; MICHAEL WEISS; a natural person; TONY PELEA, a natural person; MARICIO HERNANDEZ, a natural person and DOES I-30, inclusive,<br><br>Defendants. | Case No. 15-cv-01168 KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: Jan. 9, 2018<br>Time: 1:30 p.m.<br>Place: Oakland Courthouse<br>1301 Clay Street<br>Oakland, CA 94612<br><br>Trial Date: Not set. |

Stip & [Proposed] Order to Continue CMC  1  c:\users\imbria~1\appdata\local\temp\notes06e812\01243333.docx
Case No. **15-cv-01168 KAW**

1. The Case Management Conference is currently scheduled for Tuesday, January 9, 2018 at 1:30 p.m. The parties request a continuance of the Case Management Conference for six months. There is good cause for such a continuance for the following reasons:

1. The Court issued a stay of this matter due to a state court proceeding between the parties related to the same incidents. The City and County of San Francisco prevailed at the trial court level. On the state court appeal, the City obtained a preference order. Over the weekend, however, the LLC Plaintiffs filed for bankruptcy. Based on the bankruptcy, they filed for a stay in the state court action, and will file a stay in this matter. Kihagi did not file bankruptcy as an individual.

2. Neither party believes that a case management conference in this case would be useful until the state court of appeal decision is final, at which time the City, who is currently the only defendant here, intends to file a motion to dismiss.

3. There are no other dates in this matter that will be affected by a continuation of the case management conference.

Accordingly, the parties request that this Court continue the case management conference for six months. If the state court of appeal issues a decision or the trial court decision otherwise becomes final prior to that time, defendant the City will so inform the court.

Dated: January 2, 2018

>DENNIS J. HERRERA
>City Attorney
>CHERYL ADAMS
>Chief Trial Deputy
>MARGARET W. BAUMGARTNER
>Deputy City Attorney
>
>By: */s/ Margaret W. Baumgartner*
>     MARGARET W. BAUMGARTNER
>
>Attorneys for Defendant
>CITY AND COUNTY OF SAN FRANCISCO

Dated: June 22, 2016

>Zfaty/Burns
>
>By: */s/ Sam Maralan*
>     SAM MARALAN
>
>Attorneys for Plaintiff
>ANNA KIHAGI

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Case Management Conference currently set for January 9, 2018 is continued to Tuesday |
| 3 | __July 3__, 2018 at 1:30 p.m. |
| 4 | IT IS SO ORDERED. |
| 6 | Dated: 1/4/18 |
| 7 | _Kandis Westmore_ |
| | HONORABLE KANDIS A. WESTMORE |
| 8 | UNITED STATES MAGISTRATE JUDGE |